No. 271.   NABONG *v.* PHILIPPINE ISLANDS.   October 9, 1933.   Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied.   *Mr. Ignacio Nabong, pro se.   Messrs. Kyle Rucker, William Cattron Rigby,* and *Fred W. Llewellyn* for respondent.

No. 275.   TEXAS ELECTRIC SERVICE CO. *v.* FAIRBANKS, MORSE & CO.   October 9, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Messrs. Charles L. Black, Joe A. Worsham,* and *Ireland Graves* for petitioner.   *Mr. Allen Wight* for respondent.

No. 276.   BEDFORD MILLS, INC. *v.* UNITED STATES.   October 9, 1933.   Petition for writ of certiorari to the Court of Claims denied.   *Messrs. C. D. Williams* and *John F. Hughes* for petitioner.   *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. H. Brian Holland* for the United States.

No. 277.   HARJIM, INC., ET AL. *v.* OWENS ET AL.   October 9, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Robert L. Shipp* for petitioners.   *Mr. Manley P. Caldwell* for respondents.

No. 278.   MOBILE & OHIO R CO. ET AL. *v.* WILLIAMS, ADMINISTRATRIX.   October 9, 1933.   Petition for writ of certiorari to the Supreme Court of Alabama denied.   *Mr. Carl Fox* for petitioners.   *Mr. Harry T. Smith* for respondent.
See also 224 Ala. 125; 139 So. 337.